```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14402
   ADELA DOVYDAITIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6909

-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 06/05/2008 and was confirmed 08/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/26/2008.
-------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------
COOK COUNTY TREASURER       SECURED            658.61          .00          186.75
PETRA DROMATAS              SECURED          10000.00          .00             .00
LVNV FUNDING LLC            UNSECURED         1308.24          .00             .00
COMMONWEALTH EDISON         UNSECURED          410.11          .00             .00
PEOPLES GAS LIGHT & COKE    FILED LATE            .00          .00             .00
PRO SE DEBTOR               DEBTOR ATTY          .00                           .00
TOM VAUGHN                  TRUSTEE                                          16.24
DEBTOR REFUND               REFUND                                          197.01

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   400.00

PRIORITY                                            .00
SECURED                                          186.75
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              16.24
DEBTOR REFUND                                    197.01
                       --------------         --------------
TOTALS                    400.00                 400.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 14402 ADELA DOVYDAITIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 03/09/09                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```